IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOMINIC WRIGHT,

    Petitioner,                    No. CIV S-02-1656 LKK EFB P

    vs.

D.L. RUNNELS, Warden,

    Respondent.                  <u>ORDER</u>

_____/

        Petitioner is a prisoner without counsel who sought habeas corpus relief in this court. *See* 28 U.S.C. § 2254(a). On November 30, 2005, the assigned magistrate judge found there was no basis for granting relief and recommended that the petition for writ of habeas corpus be denied. On January 30, 2006, the assigned district judge adopted that recommendation and denied the petition. Judgment was entered accordingly. Notwithstanding that judgment, on May 4, 2009, petitioner filed a motion for appointment of counsel. Good cause has not been shown for submitting a motion for appointment of counsel after judgement has been entered.

        Accordingly, the May 4, 2009, motion for appointment of counsel is denied.

////

////

////

1

1       The court notes that it will issue no response to future filings by petitioner in this action
2 not authorized by the Federal Rules of Civil Procedure or Federal Rules of Appellate Procedure.
3       So ordered.
4 DATED: May 12, 2009.

                              EDMUND F. BRENNAN
                              UNITED STATES MAGISTRATE JUDGE